**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Katlin Morris and Leron Tony Abney, Defendants,

and

Anita Owens, Plaintiff,

v.

Katlin Morris a/k/a Katlin Abney, Leron Tony Abney,
and SCDSS, Defendants,

Of whom Leron Tony Abney is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2024-001673

---

Appeal From Pickens County
Karen S. Roper, Family Court Judge

---

Unpublished Opinion No. 2025-UP-296
Submitted August 12, 2025 – Filed August 12, 2025

---

**AFFIRMED**

John Brandt Rucker and Allyson Sue Rucker, both of
The Rucker Law Firm, LLC, of Greenville, for
Appellant.

Ashley P. Case, of the South Carolina Department of
Social Services, of Fountain Inn, for Respondent.

Megan Goodwin Burke, of Greenville, as the Guardian
ad Litem.

**PER CURIAM:** Leron Tony Abney appeals the family court's final order terminating his parental rights to his minor child. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2024). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling.

**AFFIRMED.**[1]

**KONDUROS, GEATHERS, and VINSON, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.